William D. Locher, Esq. (CSB # 090548)
wlocher@gglts.com
Richard E. Haskin, Esq. (CSB # 218796)
rhaskin@gglts.com
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for
Plaintiff I.T.C. INTERNATIONAL, LLC



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION, SANTA ANA

| | |
|---|---|
| I.T.C. INTERNATIONAL, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA VOYAGE CORPORATION, INC., an Illinois corporation; INTERNATIONAL VOYAGE CORP., INC., a California corporation; TROY AU, LLC, a California limited liability company; OASIS TRADING, LLC, a California limited liability company; JOHN CHUNG NGUYEN, an individual; DU TRUONG NGUYEN, an individual; BANG VU, an individual; TAM VU, an individual; THIEN TRAN, an individual; KHANH HUYNH, an individual; TIEN MINH NGUYEN, an individual,<br><br>Defendant. | Case No. SACV-08-00844 CJC (CWx)<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO WRITTEN STIPULATION<br><br>[Filed concurrently with Plaintiff's *Ex Parte* Application for Entry of Judgment Pursuant to Written Stipulation and Declaration of Richard E. Haskin in Support of Application] |

///

///

1
[PROPOSED] JUDGMENT

760631_1

Upon the *Ex Parte* Application of Plaintiff, I.T.C. International, LLC, a Nevada limited liability company ("ITC"), the Court enters judgment in favor of ITC and against Defendants America Voyage Corporation, Inc., an Illinois corporation, International Voyage Corporation, Inc., a California corporation, Troy AU, LLC, a California limited liability company, Oasis Trading, LLC, a California limited liability company, John Chung Nguyen, an individual, Tam Vu, an individual, and Tien Minh Nguyen, an individual jointly and severely, in the total amount of $5,022,602.12.

IT IS SO ORDERED:

DATED: February 10, 2009    By: [signature]
Hon.
United States District Court